## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**ADRIANNA NOELLE BRADLEY,**

    *Petitioner*,

**v.**                                        **Case No.: 1:26cv44-MW/MAF**

**STATE OF FLORIDA,**

    *Respondent.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall take all steps necessary to **TRANSFER** this case, including any service copies and pending motions, to the United States District Court for the Middle District of Florida, Ocala Division, for further proceedings. The Clerk shall close the file.

**SO ORDERED on March 16, 2026.**

                                  **s/Mark E. Walker**
                                  **United States District Judge**